FILED

Submit this form by e-mail to:

CriminalieCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty

CriminalieCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty

CriminalieCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty

2025 OCT 29  AM 10: 56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____ KM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

PLAINTIFF

V

Ronald Alear Coreas

USMS# _____

DEFENDANT

CASE NUMBER:

2:25 - mj - 06126 - DUTY-1

### REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1.  The defendant was arrested in this district on __10/29/2025__ at __957__ ☒ AM ☐ PM

    or

    The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4.  Charges under which defendant has been booked:

    Title 18, USC 231(a)(3)

5.  Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6.  Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7.  Year of Birth: __2002__

8.  Defendant has retained counsel:   ☒ No

    ☐ Yes   Name: _____   Phone Number: _____

9.  Name of Pretrial Services Officer notified: Pretrial Services Intake

10. Remarks (if any): _____

11. Name: George Maloney   (please print)

12. Office Phone Number: 310-916-7956      13. Agency: FBI

14. Signature: _____      15. Date: 10/29/2025

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION