**FILED**
CLERK, U.S. DISTRICT COURT
11/07/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: KM  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　PLAINTIFF<br><br>　　　　v.<br><br>ADAM CHARLES PALERMO,<br><br>ISMAEL VEGA,<br><br>YACHUA MAURICIO FLORES,<br><br>RONALD ALEXIS COREAS,<br><br>JESUS GONZALEZ-HERNANDEZ JR.,<br><br>STEFANO DEONG GREEN,<br><br>BALTO MONTION,<br><br>HECTOR DANIEL RAMOS, and<br><br>JUNIOR ROLDAN<br><br>　　　　　　　　　　DEFENDANTS | Initial Indictment:<br>　　2:25-CR-731-JFW<br>Case number to be assigned by Criminal Intake Clerk<br><br>Superseding Indictment:<br>　　2:25-CR-731(A)-JFW<br>Case number to be assigned by Criminal Intake Clerk<br><br>**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**<br><br>(To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex.) |

☐ **Initial Indictment**

　　Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____.

　　and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days.

☒ **Superseding Indictment**

　　Upon a careful review of the __first__ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☒ There are eight (8) or more defendants. The number of defendants is __nine (9)__. The previous number of defendants was __one (1)__.

　　and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days. The previous estimate was _____ trial days.

November 7, 2025
Date

JENNA W. LONG
Assistant United States Attorney