TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant, United States Attorney
IAN V. YANIELLO
Assistant United States Attorney
Chief, National Security Division
LANA MORTON OWENS (Cal. Bar No. 233831)
Assistant United States Attorney
National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3547
     Facsimile: (213) 894-0141
     E-mail:    lana.owens@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>ADAM CHARLES PALERMO, ET AL.,<br><br>          Defendants. | No. 2:25-CR-731(A)-JFW<br><br>NOTICE OF ERRATA AND REQUEST TO REMOVE ERRONEOUSLY FILED DOCUMENT DOCKET NO. 228 |

     Plaintiff United States of America, by and through its counsel of record, hereby advises the Court that Assistant United States Attorney, Lana Morton Owens, files a notice of errata and request to

//

//

//

//

strike/withdraw Docket No. 228, which attached the incorrect document unrelated to this case.  To prevent confusion and ensure the accuracy of the docket, the government respectfully requests that the Clerk remove/strike the erroneously filed document (ECF No. 228) from this case's docket. No party will be prejudiced by this request.  The government apologizes to the Court and parties for the error.

Dated: April 24, 2026                    Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant, United States
Attorney
IAN V. YANIELLO
Assistant United States Attorney
Chief, National Security Division

_____
LANA MORTON OWENS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2