**F I L E D**
CLERK, U.S. DISTRICT COURT

04/23/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____GSA_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ADAM CHARLES PALERMO,<br><br>   Defendant. | No. 2:25-CR-731(C)-JFW-1<br><br>S U P E R S E D I N G<br>I N F O R M A T I O N<br><br>[18 U.S.C. §§ 111 (a)(1), (b): Assaulting, Resisting, and Impeding Persons Assisting Federal Officers and Employees] |

The United States of America charges:

[18 U.S.C. §§ 111(a)(1), (b)]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant ADAM CHARLES PALERMO intentionally and forcibly assaulted, resisted, opposed, impeded, and interfered with California Highway Patrol Officers assisting officers and employees of the United States in performance of official duties,

//

//

while they were engaged in, and on account of, the performance of their assistance of official duties and in doing so, PALERMO used a deadly and dangerous weapon, namely, fire and rocks.

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

LANA MORTON OWENS
Assistant United States Attorney
Deputy Chief, National Security
Division

JENNA W. LONG
Assistant United States Attorney
National Security Division

SEBASTIAN BELLM
Assistant United States Attorney
General Crimes Section, Criminal
Division

2