TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
LANA MORTON OWENS (Cal. Bar No. 233831)
Assistant United States Attorney
Deputy Chief, National Security Division
JENNA W. LONG (Cal. Bar. No. 332192)
Assistant United States Attorney
National Security Division
SEBASTIAN BELLM (Cal. Bar No. 359407)
Assistant United States Attorney
General Crimes Section, Criminal Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-8692/3547/0119
    Facsimile:  (213) 894-2927
    E-mail:    jenna.long@usdoj.gov
           lana.owens@usdoj.gov
           sebastian.bellm@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>        v.<br><br>ADAM CHARLES PALERMO, et al.,<br><br>       Defendants. | No. CR 25-731(A)-JFW-8<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT AS TO DEFENDANT HECTOR DANIEL RAMOS<br><br>**TRIAL DATE:**<br>January 12, 2027, at 8:30 a.m.<br><br>**STATUS CONFERENCE AND HEARING ON MOTIONS DATE:**<br>December 28, 2026, at 8:00 a.m. |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

parties in this matter on April 28, 2026.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (iv) it provides defendant time to demonstrate his good conduct pursuant to a written agreement with the government.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from June 23, 2026 to **January 12, 2027, at 8:30 a.m.**  The status conference and hearing on motions is continued from June 1, 2026 to **December 28, 2026, at 8:00 a.m.**

2.   The time period of June 9, 2026 to January 12, 2027, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(2), (h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.   Defendant shall appear in Courtroom 7A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on December 28, 2026, at 8:00 a.m., and January 12, 2027, at 8:30 a.m.

4.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.


 April 29, 2026
  DATE                                   THE HONORABLE JOHN F. WALTER
                                         UNITED STATES DISTRICT JUDGE


cc: USPO/PSA; USM


Presented by:

    /s/ *Jenna W. Long*
 JENNA W. LONG
 Assistant United States Attorney
 National Security Division

3