NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

David R. Evans, Esq. (SBN# 89119)
101 North Verdugo Road #9320
Glendale, CA 91226
Telephone: (323) 257-5100
Facsimile: (818) 617-2056

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| PLAINTIFF | **CASE NUMBER** |
| v. | |
| STEFANO GREEN | 25-CR-731(A)-JFW-7 |
| DEFENDANT. | **APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant **STEFANO GREEN**
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☑ Magistrate Judge **DONAHUE** _____ by order dated: **FEBRUARY 13, 2026**

☑ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

☑ A hearing is being sought before Magistrate Judge **DONAHUE** as there is new information to be presented that was not considered by the previous judicial officer; or

☐ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific):*
Release of Defendant Green to Pretrial Services Officer Oliver Vale for placement in a residential alcohol treatment facility on the terms and conditions as more particularly described in the attached Unopposed Aplication for Reconsideraltion of Magistrate Judge's Order of Detention

Counsel for the defendant and plaintiff United States Government consulted on **Parties do stipulate as described**
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on **May 10, 2026** _____ .

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☐ in custody ☐ not in custody.

**May 10, 2026** _____          Defendant Stefano Green/ _____
Date                                          Moving Party

APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (09/24)