TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
JENNA W. LONG (Cal. Bar No. 332192)
LANA MORTON OWENS (Cal. Bar No. 233831)
Assistant United States Attorneys
National Security Division
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
SEBASTIAN BELLM (Cal. Bar No. 359407)
Assistant United States Attorney
General Crimes Section
     1500/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8692/3547/0119
     Facsimile: (213) 894-0141
     Email:     Jenna.Long@usdoj.gov
                Lana.Owens@usdoj.gov
                Sebastian.Bellm@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.2:25-CR-00731(A)-JFW-2 |
|---|---|
| Plaintiff, | JOINT STATEMENT REGARDING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| ISMAEL VEGA | |
| Defendant. | |

     Pursuant to the Court's May 26, 2026 Order (Dkt. 266), the United States, by and through Assistant United States Attorneys Jenna W. Long, Lana Morton Owens, and Sebastian Bellm, defendant Ismael Vega ("defendant"), individually and by and through his counsel of record, John Targowski, and United States Supervising Pretrial

Officer Tatiana Carlos, hereby submit the following Joint Statement and Joint Recommendation regarding proposed modifications to defendant's terms of pretrial release.

1.    To address defendant's ongoing mental health and substance abuse issues, the parties jointly recommend the Court modify defendant's bond terms to include: (1) defendant be ordered to participate in residential drug treatment as instructed by U.S. Pretrial Services; and (2) defendant be ordered to participate in mental health treatment as instructed by U.S. Pretrial Services.

2.    In order to best facilitate defendant's successful participation in and completion of these programs, defendant will likely request a continuance of defendant's July 27, 2026 sentencing. The government agrees not to oppose this request.

3.    In the event that defendant does not successfully complete the programming, the government will seek defendant's detention.

//

//

2

4.   Undersigned counsel received written confirmation and agreement from all parties before filing the joint statement.

Dated: May 28, 2026                    Respectfully submitted,

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division


        /s/ *Sebastian Bellm*
JENNA W. LONG
LANA MORTON OWENS
SEBASTIAN BELLM
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA


        /s/ *John Targowski (w/ auth.)*[1]
JOHN TARGOWSKI
Attorney for Defendant ISMAEL VEGA

---

[1] Pursuant to Local Rule 5-4.3.4, the filer attests that all signatories have concurred in this filing's content and have authorized the filing.

3