UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.    **CR 25-731(A)-JFW**                                  Dated: June 22, 2026

=====================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly                                          Jenna Wrae Long
Courtroom Deputy                                        Lana Morton Owens
                                            Sebastian Harald Frederic Bellm
                                                       Asst. U.S. Attorney
                                                         not present

=====================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1.    Adam Charles Palermo                    1.    Brendan Gilligan, DFPD
      not present - in custody                      not present - appointed

_____

PROCEEDINGS (IN CHAMBERS):            **ORDER RE: MEET & CONFER**

    On or before **July 1, 2026**, the Government shall provide counsel for defendant the evidence that it will rely on in support of its calculation of the amount of restitution that should be ordered by the Court pursuant to the Mandatory Victims Restitution Act of 1996.

    Thereafter, lead counsel shall meet and confer **in person** and agree on the amount of restitution that should be ordered by the Court. The parties shall file a Joint Statement setting forth the agreed amount of restitution on or before **July 15, 2026**.

    In the unlikely event that the parties cannot agree on those calculations, they shall file a Joint Statement on or before **July 15, 2026** setting forth the disputed amounts and their respective arguments in support of their positions.

    The Joint Statement shall be submitted to the Probation Officer who prepared the Presentence Investigation Report ("PSR") and the Probation Officer shall prepare an addendum to the PSR based on the Joint Statement.

    IT IS SO ORDERED.

cc: USPO/PSA

Initials of Deputy Clerk __sr__