**HOLMES, ATHEY, COWAN & MERMELSTEIN LLP**
Andrew S. Cowan (SBN: 165435)
acowan@holmesathey.com
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Tel: (213) 985-2200
Fax: (213) 973-6282

Attorneys for Defendant
Ronald Alexis Coreas

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RONALD ALEXIS COREAS, <br><br> Defendant. | Case No. 25-CR-731(A)-4 <br><br> **SENTENCING BRIEF OF DEFENDANT RONALD ALEXIS COREAS; EXHIBIT 1** <br><br> Judge:     John F. Walter <br> Courtroom:  7A <br> Hearing Date:  7/13/2026 <br> Hearing Time:  8:00 AM |

**HOLMES, ATHEY, COWAN & MERMELSTEIN LLP**
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

# TABLE OF CONTENTS

**Page(s)**

I.  Mr. Coreas Has Suffered from Learning Disabilities and Mental Health Issues Since Childhood. ...........................................................4

II.  The Court Should Sentence Mr. Coreas to Four Years Probation. .................5

III.  Conclusion .......................................................................6

# EXHIBIT

EXHIBIT 1:  Letter of Apology of Ronald Coreas

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

This is an uncontested sentencing.  All of the parties agree that defendant Ronald Coreas should receive a non-custody sentence of four years probation, with attendant terms and conditions.  Mr. Coreas hopes that the Court will concur and impose this probationary sentence.

Mr. Coreas is an unemployed young man with no criminal convictions who has struggled with learning disabilities, mental health challenges, and marijuana addiction.  As a result, he sometimes acts impulsively without thinking of the consequences.  And this is what happened last summer, when he got caught up in the anti-ICE demonstrations in downtown Los Angeles and threw rocks at a damaged CHP vehicle stopped on the 101 freeway.  Fortunately, Mr. Coreas' actions did not injure anybody, and he has personally apologized to the CHP for his actions that day.  *See* handwritten Letter of Apology of Ronald Coreas, attached hereto as Exhibit 1.

Mr. Coreas has taken responsibility for his actions by pleading guilty to one misdemeanor count of Assault on a Person Assisting a Federal Officer, in violation of 18 U.S.C. § 111(a)(1).  In his plea agreement, Mr. Coreas and the government agreed that he should receive a sentence of four years' probation for this offense, and the Probation Officer has also endorsed this sentence.  Mr. Coreas respectfully asks the Court to adopt the sentence recommended by the parties, and sentence him to a term of four years of probation, along with the additional conditions set forth in the plea agreement, which include mental health treatment and drug testing.

Mr. Coreas has taken responsibility for his actions and regrets his impulsive actions from last summer.  In a letter of apology to the California Highway Patrol, he wrote:

> I got carried away and threw some rocks down onto the freeway.  I was aiming at some of the CHP cars that were stopped there not at any officers.  I was not intending to [hurt] CHP officers, and I am glad that nothing I threw hit anybody.

I am very sorry for my actions which could have wound up hurting somebody, and which interfered with the job the CHP was trying to do.

Please accept my apology and understand that I will not do anything like this ever again.

*See* Exhibit 1.

For the reasons set forth below, a sentence of probation is warranted.

## I.    Mr. Coreas Has Suffered from Learning Disabilities and Mental Health Issues Since Childhood.

Mr. Coreas was born in Los Angeles in 2002 to an immigrant family living in the Westlake neighborhood of Los Angeles.  Rocio Hernandez, a single mother, raised him and his two older siblings after his father essentially abandoned the family.  PSR ¶ 69.  She was helped by her parents, Delfina and George Hernandez, who did what they could to provide a stable environment.  His mother Rocio earned money parking cars and cleaning houses.  His grandfather worked construction, and his grandmother as an in-home caregiver.  His brother Luis and sister Leslie were much older than him, so he was not particularly close to them.  PSR ¶¶ 70-72.

Mr. Coreas manifested emotional and behavioral problems from an early age. At Commonwealth Elementary School he struggled to learn and was disruptive in class.  *See*  PSR ¶ 90.  Although he was diagnosed with ADHD, his mother did not let him take medications that might have helped.  His outbursts and misbehavior got worse and he had to leave that school in fourth grade.

For fifth grade Mr. Coreas started attending Almansor Academy in Pasadena, a school for students suffering from a variety of learning and emotional disabilities. PSR ¶ 89. According to Almansor's website, it is a special education day school that serves "individuals with disabilities that struggle with learning and/or emotional challenges including; Severe Learning Disabilities (SLD), Emotional Disturbance (ED), Autism Spectrum Disorders (ASD), and Mild Cognitive Impairment (MCI), and Other Health Impairments (OHI)." *See https://redesignlearning.org/almansor-*

*academy/.*

Mr. Coreas began smoking marijuana in his early teens and was a daily smoker by the age of 16. PSR ¶ 84. While on pretrial release, however, he has curbed his habitual use of marijuana—regular drug testing confirms that he has been clean and sober since early March 2026. His demonstrated ability to control his marijuana addiction bodes well for his success while on probation.

## II. The Court Should Sentence Mr. Coreas to Four Years Probation.

Mr. Coreas has no adult criminal history. This is notable, given that his history of juvenile law enforcement contacts, starting at age 13, is somewhat lengthy. *See* PSR ¶¶ 56-65. Mr. Coreas sometimes acts impulsively, without thinking of consequences, but his overall trajectory is encouraging. Significantly, between 2021 and his 2025 arrest in the instant case, he has had no law enforcement contacts. PSR ¶¶ 65-66. Putting aside his impulsive conduct during the June 2025 protests, his record demonstrates an ability to abide by the law as he grows older. Although presently unemployed, he has worked in construction, has been trained in drywall installation, and would like to work installing HVAC systems. *See* PSR ¶¶ 91-93.

The government, the defense and the Probation Officer all agree on the sentencing guidelines calculations for Mr. Coreas, as set forth below:

| | | |
|---|---|---|
| Base Offense Level: | 10 | U.S.S.G § 2A2.4(a) |
| Use of Dangerous Weapon (rock): | +3 | U.S.S.G § 2A2.4(b)(1)(B) |
| Acceptance of Responsibility: | -2 | U.S.S.G § 3E1.1(a) |
| **TOTAL ADJ. OFFENSE LEVEL:** | **11** | |

See PSR ¶¶ 36-47. Mr. Coreas, with no prior juvenile adjudications or adult convictions, is in Criminal History Category I. PSR ¶¶ 50-53. An adjusted offense level of 11 with Criminal History I results in an advisory sentencing range of 8-12 months. PSR ¶¶ 102-103.

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

All parties agree that Mr. Coreas should receive a four-year sentence of probation, together with the conditions set forth in the plea agreement and in the Probation Officer's recommendation.  This sentence, pursuant to 18 U.S.C. § 3563(b), is sufficient to afford adequate deterrence, protect the public, and provide Mr. Coreas with the vocational training, mental health resources and drug treatment that he needs.  Mr. Coreas has accepted responsibility for his conduct and has made progress toward addressing his marijuana addiction in the course of his pretrial release.  A sentence of probation will allow him to continue on this positive path.

On June 29, 2026, undersigned counsel met and conferred with Assistant United States Attorney Sebastian Bellm regarding restitution.  The parties agreed that the appropriate amount of restitution for Mr. Coreas is $126,707.62.

**III.    Conclusion**

For the reasons stated above, and for those set forth in the Probation Officer's recommendation, Mr. Coreas respectfully asks the Court to impose a sentence of four years' probation, along with the terms and conditions recommended by the Probation Officer.

DATED: June 29, 2026             RESPECTFULLY SUBMITTED,

HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP


*/s/ Andrew Cowan*
Andrew S. Cowan
Attorneys for Defendant Ronald Coreas

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017