# EXHIBIT 1

May 28, 2026 -

To the California High Patrol -

My name is Ronald Coreas

And I have pleaded guilty to one federal ~~federal~~ ~~misd~~ misdemeanor charge of assulting CHP officers on June 8, 2026.

Basically, I joined a crowd of demonstrators In downtown LA who were protesting Against ICE.
I got carried away And threw some rocks down onto the freeway. I was aiming at some of the CHP cars that were stoped there Not at Any officers. ~~that were~~. ~~were~~ I was Not intending to chp officers, and I am glad that Nothing I threw hit Any body.
I am very sorry for my actions which could have wound up hurting somebody, And which interfered with the job the CHP was trying to do. ~~please~~

Please accept my apology And
understand that I will not do
Anything Like this ever again.
yours Truly,
Ronald coreas.