# Exhibit A

Dear Judge,

Since my arrest, I have spent a great deal of time reflecting on the situation from the perspective of the officers involved. At the time, I was focused only on my own emotions and frustrations. I was not thinking about what the officers were experiencing. Looking back, I can see that they were placed in a highly stressful and dangerous situation. I can imagine how much fear and stress they faced as well as thinking of their loved ones at home. They had to make quick decisions while facing an unpredictable crowd and the realistic possibility of getting hurt. My thoughtless and irresponsible actions contributed to that danger and sparked terror that forced officers to respond under intense pressure.

I extremely regret that I added to the fear, tension, and risk of the situation. Law enforcement officers have a responsibility to protect the public and return home safely to their families at the end of their shift. I understand now that my actions made their job extremely difficult and also created hazardous and daunting circumstances for all the officers involved.

I am writing to express my sincere remorse, shame and guilt for my actions during the June 2025 protest. I take full responsibility for my decisions and understand that my behavior was wrong.

As a first-generation American, I have always felt deeply connected to issues affecting my family and community. But my actions on that day very wrong. On that day, I allowed my emotions to take control of my judgment. I-understand that strong emotions do not excuse my actions. I made a choice that day, it was a terrible choice and I accept responsibility for it

Since this incident, I have been very focused on contributing towards my community in positive ways. I graduated from Dirt Bags Academy, where I learned valuable trade skills including motorcycle mechanics, welding, auto body repair, paint work, and shirt printing. My hope with the skills I've learned from there is to find a job in those fields and inspire the youth with a similar background so that it's not too late to rebound from their mistakes. I would also love to return and become a functioning member of society by having a normal life and prove I'm not the person I was before. The academy has shown me the importance of discipline, hard work, and building a future through positive actions.  Over the past four months, I have also volunteered my time helping feed homeless members of my community, which has helped me better understand the value of serving others and making a positive impact.

This experience has been a serious wake-up call for me. It has forced me to reflect on how quickly emotions can lead to poor decisions and how those decisions affect many people. I am committed to continuing on a better path, using the skills I have learned to build a stable future and contribute positively to my community.

I am truly sorry for my actions and for the stress, fear, and danger that resulted from my behavior. I respectfully ask the Court to consider my remorse, my efforts to improve myself, and my commitment to making better choices moving forward.

Thank you for your time and consideration.

Respectfully,

Balto Montion