# Exhibit D

# Max S. Romero

Creative Director · Mexico City, Mexico

May 27, 2026

## To The Honorable Court,

**RELATIONSHIP & QUALIFICATIONS**

I am writing this letter on behalf of Balto Montion, whom I have had the privilege of knowing for the past four years. We were introduced through our shared work in the creative and video production industry, and over that time I have come to know Balto on both a professional and personal level, seeing him regularly across a range of settings.

**CHARACTER & PROFESSIONALISM**

From the moment I met Balto, he has carried himself with positivity, professionalism, and genuine drive. I have invited him onto my sets on multiple occasions, and without exception he has conducted himself with the utmost professionalism. He is reliable, respectful, and a true pleasure to work with. Every personal interaction I have had with him has been uplifting and constructive.

**GROWTH & COMMUNITY**

What distinguishes Balto, perhaps more than anything else, is his sincere desire to grow and better himself. When he came to me expressing a wish to develop his skills in video production, I was happy to support him. I introduced him to community leaders within the industry and did everything I could to help him expand his knowledge and professional network. That kind of humility and initiative speaks directly to the quality of his character.

**AWARENESS OF CHARGES**

I am aware of the charges Balto is currently facing. I will say candidly that this situation has come as a genuine surprise to me, as it stands in contrast to everything I have observed of him over the four years I have known him. The Balto Montion I know is a responsible, hardworking, and community-minded individual, and I do not believe this circumstance is a true reflection of who he is as a person.

**IMPACT OF THIS CASE**

This case has had a meaningful impact on Balto's life and the trajectory of his future. There are several professional opportunities in the video production field that I have personally wished to extend to him, but the restrictions stemming from this case have prevented him

from being able to move forward. It is difficult to watch someone of his talent and determination be held back from reaching his full potential.

**CLOSING THOUGHTS**

I wholeheartedly stand behind Balto Montion and believe in his capacity to continue growing as a professional and as a positive contributor to his community. I respectfully ask that the Court take this letter into consideration. Should you have any questions or wish to speak with me directly, please do not hesitate to reach out. I am happy to discuss the contents of this letter at any time.

Respectfully,

**Max S. Romero**
Creative Director
Mexico City, Mexico
May 27, 2026