# Exhibit L

May 28, 2026

To The Honorable Court,

My name is Fozhan Khamsehpour, and I am an actor, director, and photographer based in Los Angeles, California. I am writing this letter on behalf of Sean Balto, whom I have known since March 2025 through the Los Angeles art and photography community. We originally met while participating in the same art exhibition, and since then we have remained in contact socially and professionally. Over the time I have known him, he has consistently been supportive, approachable, respectful, and kind toward both myself and others in our community.

As someone who works closely within creative spaces, I have observed how Sean interacts with people from many different backgrounds. He has always carried himself with professionalism, humility, and generosity. In an industry that can often feel competitive or transactional, he stands out as someone who genuinely uplifts others. He has always been encouraging of my work as an artist and has shown sincere interest in supporting fellow creatives around him.

From my personal observations, Sean is a thoughtful and hardworking individual who has built meaningful relationships within his community. He is dependable, respectful, and consistently presents himself with maturity and compassion. My experiences with him have always reflected someone who cares deeply about others and who strives to move through life with kindness and integrity.

I am aware that Sean is currently facing criminal charges. While I do not wish to comment on the legal matters themselves, I can say that the situation is inconsistent with the character I have personally come to know. Based on my experiences with him, I believe he is someone capable of reflection, growth, and continued positive contribution to the people and communities around him.

I have also witnessed the emotional toll this situation has taken on his life. It is clear to me that this experience has deeply affected him both personally and professionally. He

has an elderly pug whom he loves dearly, and being separated from his dog has caused him significant stress and grief. When I needed a dog sitter, he immediately offered to help, reflecting the compassion and empathy he has for animals. From what I have seen, including through his social media, he appears genuinely remorseful and embarrassed by his actions. Despite these challenges, he has continued to conduct himself respectfully and maintain meaningful relationships within his community.

I respectfully ask the Court to take into consideration the character, kindness, and humanity that I and many others have experienced from Sean. I truly believe he has positive qualities that reflect favorably on who he is as a person.

Please feel free to contact me if further information would be helpful. I would be happy to discuss my experiences with Sean further.

Sincerely,

Fozhan Khamsehpour

Los Angeles, California

/s/ Fozhan Khamsehpour