# Exhibit Q

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
## Clara Shortridge Foltz Criminal Justice Center Dept. - 36

**25CJCF04960-01**                                                                    **January 30, 2026**

**The People of the State of California**                                              **8:30 AM**
**vs.**
**Montion, Balto**

Honorable Jill Feeney, Judge
J. Medina, Judicial Assistant                         Kim Yokoyama (#12617), Court Reporter

---

PC245(c), PC12022(b)(1), PC245(c), PC12022(b)(1), PC245(c), PC12022(b)(1), PC245(c), PC12022(b)(1), PC594(a)

**NATURE OF PROCEEDINGS:** Preliminary Hearing

The following parties are present for the aforementioned proceeding:

  Balto Montion, Defendant
  Susan Dexter Cooley, Deputy Public Defender
  Geoffrey Lewin, Deputy District Attorney

---

The matter is called for Preliminary Hearing.

On People's Motion, Complaint is deemed amended to add Count 006, a violation of PC245(a)(1), a Felony. The Defendant pleads not guilty and denies any and all allegations to the amended accusatory pleading.

On People's Motion, Complaint is deemed amended to reflect Count 005 as PC594(a), a Misdemeanor, in lieu of PC594(a), Felony.   The Defendant pleads not guilty and denies any and all allegations to the amended accusatory pleading.

The Defendant is advised of, understands, and personally waives the following rights, the right against self incrimination, the right to confront and cross examine witnesses, the right to produce evidence and present a defense, the right to a Preliminary Hearing, and the right to a Trial by Court or Jury.

The Defendant is advised of the nature of charges, elements of the offenses, and possible defenses to such charges.  The Defendant is advised of the possible consequences of a plea of guilty or nolo contendere, including maximum penalty and administrative sanctions and the possible legal effects and maximum penalties incident to subsequent convictions for the same or similar offenses.

The Defendant is advised of the following: If you are not a citizen of the United States, you are hereby advised that conviction of the offense for which you have been charged may have the consequences of deportation, exclusion from admission to the United States, or denial of naturalization pursuant to the laws of the United States.

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
## Clara Shortridge Foltz Criminal Justice Center Dept. - 36

**25CJCF04960-01**                                                    **January 30, 2026**

**The People of the State of California**                                      **8:30 AM**
**vs.**
**Montion, Balto**


The Defendant is advised of the effects of probation.


Counsel for the Defendant joins in the waiver and concurs in the plea.
Counsel for the Defendant joins in the waivers pursuant to People vs. West.
The Court finds that each waiver is knowingly, understandingly, voluntarily, and explicitly made.
The Court finds there is a factual basis for the Defendant's plea.
The Court accepts the plea.


As to Count 006: PC245(a)(1), Felony, the Defendant enters a plea of Nolo Contendere with the approval of the Court. The Court finds the Defendant guilty.


As to Count 005: PC594(a), Misdemeanor, the Defendant enters a plea of Nolo Contendere with the approval of the Court. The Court finds the Defendant guilty.

Disposition as to Count 006, PC245(a)(1), Felony: Conviction After Plea

Disposition as to Count 005, PC594(a), Misdemeanor: Conviction After Plea


The Defendant waives arraignment for judgment and states there is no legal cause why sentence should not be pronounced. The Court orders the following judgment:

| CONFINEMENT/FINE: |
| --- |

**The Defendant is sentenced to a total of 4 years and 6 months.**
As to Count 006 PC245(a)(1), Felony:
The Court selects the High Term of 4 Years in State Prison - Execution of Sentence Suspended.
Plus an additional 6 months pursuant to the admission of the strike offense pursuant to Penal Code Section 1192.7(c)(31).

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
### Clara Shortridge Foltz Criminal Justice Center Dept. - 36

**25CJCF04960-01**                                                       **January 30, 2026**

**The People of the State of California**                                        **8:30 AM**
**vs.**
**Montion, Balto**

SUPERVISION:

As to Count 006 PC245(a)(1), Felony:
Defendant is placed on **Formal Probation for a period of 2 Years** upon the following terms and conditions:

CONDITIONS OF SUPERVISION:

FIN01: Make restitution to the victim per Penal Code section 1202.4(f) in an amount to be determined at a hearing.
PROB25: The Defendant is ordered to report to the Probation Department within 48 hours of release from custody.
PROB06: Seek and maintain training, schooling or employment as approved by the probation officer.
PROB10: Maintain residence as approved by the probation officer.
PROB16: Keep probation officer advised of your residence and work and home telephone numbers at all times.
PROB20: Submit your person and property to search and seizure at any time of the day or night, by any probation officer or other peace officer, with or without a warrant, probable cause, or reasonable suspicion.
MISC01: Pursuant to Penal Code section 296, the Defendant is ordered to provide buccal swab samples, a right thumb print, a full palm print impression of each hand and any blood specimens or other biological samples as required by this section for law enforcement identification.
FIN12: Pay restitution fine pursuant to Penal Code section 1202.4(b) in the amount of $300.00
FIN04: A probation revocation restitution fine in the same amount as the restitution fine is imposed, pursuant to Penal Code section 1202.44, payment is stayed until probation is revoked and sentence imposed.
PROB12: Obey all laws and orders of the Court.
PROB13: Obey all rules and regulations of the probation department.
PROB26: Defendant acknowledges that they understand and accept each term and condition of Probation.

Any mandatory and non-punitive fees or assessments ordered in this case are not conditions of supervision.

Unless otherwise specified, this order constitutes a single grant of supervision for multiple counts, and all terms and conditions imposed apply to all counts.

SUPERVISION:

As to Count 005 PC594(a), Misdemeanor:
Defendant is placed on **Formal Probation for a period of 2 Years** upon the following terms and conditions:

CONDITIONS OF SUPERVISION:
PROB12: Obey all laws and orders of the Court.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
## Clara Shortridge Foltz Criminal Justice Center Dept. - 36

**25CJCF04960-01**                                                    **January 30, 2026**

**The People of the State of California**                                    **8:30 AM**
**vs.**
**Montion, Balto**

Any mandatory and non-punitive fees or assessments ordered in this case are not conditions of supervision.

Unless otherwise specified, this order constitutes a single grant of supervision for multiple counts, and all terms and conditions imposed apply to all counts.

Plea agreement for defendant Balto Montion is filed this date.

This constitutes the plea agreement between Balto Montion, and the People of the State of California in the above-captioned case.

1. The Defendant agrees to:

    a. Plead guilty to an amended count 6 of the complaint to the charge of assault with a deadly weapon, in violation of Penal Code Section 245(a)(1), a felony and a "strike" offense pursuant to Penal Code Section 1192.7(c)(31), as a determinate sentence.  Imposition of this sentence will be suspended for the period of probation, which will be set at 2 years with specific conditions outlined and agreed to in this Plea Agreement. Supervised probation may be transferred to another jurisdiction with the permission of the Los Angeles County Department of Probation and the Court. The Defendant will be required to remain in the custody of the Los Angeles County Sheriff's Department until he is sentenced.

    b. Plead guilty to count 5 of the complaint to the charge of vandalism, in violation of Pena Code Section 594(a), as a misdemeanor.

    c Admit to a circumstance in aggravation pursuant to California Rule of Court 4.421(a)(3), that the victim was particularly vulnerable.

    d. Not contest a factual basis for his conviction.

    e. Abide by the entire agreement.

    f. Not commit any future crime.

    g. Be truthful at all times with any law enforcement official, parole agent, or probation officer.

    h. Comply with any request by law enforcement to search the Defendant's person, place, or things without probable cause, without any order from a court, or without a warrant, during the time he is under the of the court.

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
### Clara Shortridge Foltz Criminal Justice Center Dept. - 36

25CJCF04960-01                                                    January 30, 2026

**The People of the State of California**                              8:30 AM
**vs.**
**Montion, Balto**

i. Be truthful at all times at any judicial proceeding, any proceeding where the Defendant is called as a witness, and with the Court.

j. Abide by all additional orders of this Court.

k. Agree to the following specific terms of probation with the understanding that if the court determines that he has violated any term of this probation, that he will be sentenced to the fill five years in custody:

1. Do not participate in any protest, demonstration, rally, or public assembly in which the defendant is aware that violence is occurring.

2. Do not throw, launch, roll, kick, or otherwise project any object at any person, law enforcement officer, vehicle, or structure during any protest, demonstration, or public gathering.

3. Do not possess rocks, bottles, fireworks, incendiary devices, or projectiles, during any protest, demonstration, or public assembly.

4. Do not interfere with, obstruct, delay, resist, or impede law enforcement officers in the performance of their duties.

5. Do not incite, encourage, direct, organize, or solicit other to commit acts of violence, vandalism, obstruction, or interference with law enforcement.

6. Do not block or attempt to block street, sidewalks, highways, entrances, exits, or emergency access routes during any protest, demonstration, or public assembly.

7. Do not attend or remain at any protest or demonstration in which the defendant is aware that such demonstration or protest has been declared an unlawful assembly, and the defendant shall immediately disperse upon lawful order of law enforcement.

8. Do not wear masks, face coverings, helmets, or protective gear during any protest or demonstration, except for medical , religious, or weather-related purposes.

9. Do not possess or carry shields, boy armor, goggles, or equipment designed to resist crowd-control measures during any protest or demonstration.

10. Do not attend any protest or demonstration for which a permit is required but for which the defendant is aware that such has not been obtained.

11. Do not use social media, electronic communications, or livestreaming platforms to promote, organize, encourage, or incite lawful protest activity or violence.

12. Do not livestream, broadcast, or record law enforcement activity during protests if the defendant is aware that such conduct is being used to incite others or interfere with law enforcement operations.

13. Do not disobey any lawful order of law enforcement during a protest, demonstration, or public assembly.

14. Do not remain at any protest, demonstration, or public assembly after the defendant is aware, or reasonably should be aware, that violence, vandalism, or interference with law enforcement has begun.

15. Do not encourage others to resist lawful dispersal orders or law enforcement commands during protests or public assemblies.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
## Clara Shortridge Foltz Criminal Justice Center Dept. - 36

**25CJCF04960-01**                                                    **January 30, 2026**

**The People of the State of California**                                      **8:30 AM**
**vs.**
**Montion, Balto**

a. Defendant agrees that any and all restitution and fine obligations ordered by the Court will be due in full and subject to joint and several liability, meaning that the defendant would be responsible for the full amount of damage the police vehicle vandalized, despite other known or unknown protestors also being involved in the vandalism subject to a hearing and order by the Court.

b. If the Defendant violates this agreement or any term of probation during the period of probation, the Court shall impose a 5-year prison sentence, which is calculated as the high term for Count 1 and the attached personal use enhancement.

c. Any violation of the agreement will be determined by the judge taking the plea. If the judge taking the plea is not available at the time of the hearing, the Defendant agrees to have another judge make the determination whether the Defendant violated the agreement. A violation of this agreement and an imposition of sentence shall not preclude the People or any other sovereign from prosecuting the Defendant for perjury, contempt, or any other related offense.

The Defendant is advised that he or she will be prohibited from owning, purchasing, receiving, possessing, or having under his or her custody or control, any firearms, ammunition, ammunition feeding devices, including but not limited to magazines and body armor.  Defendant is further advised to relinquish any body armor in his or her possession.

The Defendant declines to complete and sign the Prohibited Persons Relinquishment (PPRF) form based upon an assertion of the Fifth Amendment right against self-incrimination.

The Defendant is advised he/she is prohibited from owning or possessing any firearm per PC section 29805(b).

The Court orders the Probation Department to prepare a Firearm Prohibition Relinquishment report pursuant to Penal Code section 29810.

On Court's motion, Restitution Hearing Setting / Firearms Relinquishment Report is set for **Thursday, June 18, 2026,** at **8:30 AM** in **Clara Shortridge Foltz Criminal Justice Center Dept. - 36.**

The Defendant is ordered to return on the above date.

Defendant on Probation.

---

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Criminal Division
### Clara Shortridge Foltz Criminal Justice Center Dept. - 36

**25CJCF04960-01**                                                    **January 30, 2026**

**The People of the State of California**                                      **8:30 AM**
**vs.**
**Montion, Balto**


Order for release issued.
Release Number AN132238.

Disposition as to Count 001, PC245(c), Felony: Dismissed 1385 PC

Disposition as to Count 001, PC12022(b)(1), Allegation: Dismissed 1385 PC

Disposition as to Count 002, PC245(c), Felony: Dismissed 1385 PC

Disposition as to Count 002, PC12022(b)(1), Allegation: Dismissed 1385 PC

Disposition as to Count 003, PC245(c), Felony: Dismissed 1385 PC

Disposition as to Count 003, PC12022(b)(1), Allegation: Dismissed 1385 PC

Disposition as to Count 004, PC245(c), Felony: Dismissed 1385 PC

Disposition as to Count 004, PC12022(b)(1), Allegation: Dismissed 1385 PC

I certify that this is a true and correct copy of the original
on file in or issued from this office, consisting of 5 pages.

DAVID W. SLAYTON, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles.

Date _____ By: _____, Deputy