LAW OFFICE OF CURTIS V. LEFTWICH
18809 Los Alimos Street
Northridge, CA 91326
Tel: (818) 324-2091
Email: thedorsal@aol.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:25-cr-00731-JFW-09 |
| v. | |
| JUNIOR ROLDAN | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

EX PARTE APPLICATION FOR ORDER TO FILE EXHIBIT "C" TO THE SENTENCING MEMORANDUM FOR DEFENDANT JUNIOR ROLDAN UNDER SEAL

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER TO FILE EXHIBIT "C" TO THE SENTENCING MEMORANDUM FOR DEFENDANT JUNIOR ROLDAN UNDER SEAL

UNDER SEAL DOCUMENT [EXHIBIT "C"]

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| July 6, 2026 | Curtis Leftwich |
|---|---|
| Date | Attorney Name |
| | Defendant JUNIOR ROLDAN |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING