# EXHIBIT B

| ICE Enforcement Related Riots, Los Angeles, June 2025 | | | | | | |
|---|---|---|---|---|---|---|
| Southern Division Vehicles | | | | | | |
| Model Year | Model | Date of Damage | Type of Damage | Estimate $ | Total Loss | (If so,) Total Loss Replacement Cost |
| 2013 | Explorer | 6/8/2025 | RF Fender, RH doors | $5,152.32 | | |
| 2020 | Charger | 6/8/2025 | | No Estimates | | |
| 2021 | Explorer | 6/8/2025 | R/R door damage | $675.03, $777.85, $674.95 | | |
| 2021 | Explorer | 6/8/2025 | Windshield | $682.90 | | |
| 2021 | Explorer | 6/8/2025 | | $855.78 | | |
| 2021 | Explorer | 6/8/2025 | | No Estimates | | |
| 2021 | Explorer | 6/8/2025 | | No Estimates | | |
| 2021 | Explorer | 6/8/2025 | Rocks- All over | Surveyed ($35,150.01) | Yes | $ 80,972.64 |
| 2021 | Explorer | 6/8/2025 | Rocks- Hood, Windshield, Roof | No Estimates | | |
| 2023 | Charger | 6/8/2025 | Rocks- Hood Scratches | Body $729.40, $831.25, $901.78, W/S $405.80 | | |
| 2023 | Charger | 6/8/2025 | Push Bumper, header panel, headlight | $4,671.47 | | |
| 2023 | Charger | 6/8/2025 | Rocks- Windshield, R/R Quarterpanel? | Body: $4,895.14, W/S: $553.50 | | |
| 2023 | Charger | 6/8/2025 | Kicks to RH side | $1735.35, $2575.85, $2265.81 | | |
| 2023 | Charger | 6/8/2025 | To be surveyed? | $22,838.94, $23,535.96 | TBD | $ 98,282.52 |
| 2019 | Charger | 6/8/2025 | | $10,961.4, $16,676.44, $11,269.52 | | |
| 2019 | Charger | 6/8/2025 | Air bags deployed, no body damage (allegedly) | $5,217.00 | | |
| 2016 | Tahoe 4WD | 6/8/2025 | | No Estimates | | |
| 2020 | Tahoe 4WD | 6/8/2025 | L/R glass, Front grill | Body: $ Glass: $575.00 | | |
| 2020 | Tahoe 2WD | 6/8/2025 | | No Estimates | | |
| 2020 | Tahoe 2WD | 6/8/2025 | Rocks/Fire- Surveyed | Surveyed | Yes | $ 86,221.30 |
| 2020 | Tahoe 2WD | 6/8/2025 | | No Estimates | | |
| 2020 | Tahoe 2WD | 6/8/2025 | Rocks- All panels, shattered windshield, Paint Splatter | Surveyed ($16,014.07, $15,422.50, $20,836.67) | Yes | $ 86,221.30 |
| 2020 | Tahoe 2WD | 6/8/2025 | Rocks- Every Panel | Surveyed ($6,877.63, $10,288.95, $11,017.10) | Yes | $ 86,221.30 |
| 2020 | Tahoe 2WD | 6/8/2025 | | No Estimates | | |
| 2020 | Tahoe 4WD | 6/8/2025 | RH doors, liftgate | $8,355.96, $8,656.00, $10,060.85 | | |

**$437,919.06**

**Total Loss Vehicle Costs**
**$437,919.06**