TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
LANA MORTON OWENS (Cal. Bar No. 233831)
Assistant United States Attorney
Deputy Chief, National Security Division
SEBASTIAN BELLM (Cal. Bar No. 359407)
Assistant United States Attorney
General Crimes Section, Criminal Division
        1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:  (213) 894-8692/3547/0119
        Facsimile:  (213) 894-2927
        E-mail:     lana.owens@usdoj.gov
                    jenna.long@usdoj.gov
                    sebastian.bellm@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-731(A)-JFW-7 |
|---|---|
| Plaintiff, | JOINT STATEMENT FOR DEFENDANT BALTO MONTION REGARDING RESTITUTION |
| v. | |
| ADAM CHARLES PALERMO ET AL., | Hearing Date: July 20, 2026 |
| Defendants. | Hearing Time: 8:00 a.m. |
| | Location:    Courtroom of the Hon. John F. Walter |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Lana Morton Owens

and Sebastian Bellm, and defendant BALTO MONTION ("defendant"), by

\\

and through his counsel of record, Karen L. Goldstein, hereby file a Joint Restitution Statement for the Court's consideration.


 Dated: July 15, 2026              Respectfully submitted,

                                   TODD BLANCHE
                                   Acting Attorney General
                                   BILAL A. ESSAYLI
                                   First Assistant United States Attorney

                                   IAN V. YANNIELLO
                                   Assistant United States Attorney
                                   Chief, National Security Division

                                   _____
                                   LANA MORTON OWENS
                                   SEBASTIAN BELLM
                                   Assistant United States Attorneys

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA



                                       _/s/ Karen Goldstein (w/ auth.)[1]_
                                   KAREN L. GOLDSTEIN

                                   Attorney for Defendant
                                   BALTO MONTION

---

[1] Pursuant to Local Rule 5-4.3.4, the filer attests that all signatories have concurred in this filing's content and have authorized the filing.

2

**JOINT STATEMENT**

On June 22, 2026, the Court ordered the government to provide counsel for defendant the evidence that it will rely on in support of its calculation of the amount of restitution that should be ordered by the Court pursuant to the Mandatory Victims Restitution Act of 1996.  (Dkt. No. 301.)  The Court further ordered the parties to meet and confer to agree on the amount of restitution that should be ordered by the Court.  (Id.)

Three vehicles were exposed and targeted by the individuals on the overpass, including defendant and his co-defendants, with fire, rocks, scooters, street signs, and other objects. The damage to the vehicles was so severe to consider the cars a total loss. In sum, according to the California Highway Patrol, the total damage sustained across these three vehicles is $253,415.24.

The parties have met and conferred and agreed that defendant should be responsible for $86,221.30 in restitution, representing the damage caused to one of the three vehicles damaged during the civil disorder.  This restitution order should be joint and several liability with any other co-defendants the Court orders to pay restitution. The parties submit that all fines should be waived to allow defendant to pay restitution.