TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
LANA MORTON OWENS (Cal. Bar No. 233831)
Assistant United States Attorney
Deputy Chief, National Security Division
SEBASTIAN BELLM (Cal. Bar No. 359407)
Assistant United States Attorney
General Crimes Section, Criminal Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-8692/3547/0119
     Facsimile:  (213) 894-2927
     E-mail:     lana.owens@usdoj.gov
                 jenna.long@usdoj.gov
                 sebastian.bellm@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-731(A)-JFW-1 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND DEADLINE TO FILE JOINT STATEMENT REGARDING RESTITUTION |
| v. | |
| ADAM CHARLES PALERMO ET AL., | |
| Defendants. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Lana Morton Owens and Sebastian Bellm, and defendant ADAM CHARLES PALERMO ("defendant"), by and through his counsel of record, Jelani Lindsey, hereby stipulate as follows:

1. The Indictment in this case was filed on September 5, 2025. On April 27, 2026, defendant entered a plea of guilty to a single-count First Superseding Information charging defendant with Assaulting, Resisting, and Impeding Persons Assisting Federal Officers and Employees in violation of 18 U.S.C. § 111 (a)(1), (b).

2. The Court initially set the matter for sentencing on July 6, 2026, at 8:00 a.m. On May 26, 2026, for good cause shown, the Court continued sentencing to August 3, 2026, at 8:00 a.m.

3. Defendant is detained pending sentencing. Defendant has bene ordered detained since his arrest on August 22, 2025.

4. On June 22, 2026, the Court ordered the government to provide counsel for defendant the evidence that it will rely on in support of its calculation of the amount of restitution that should be ordered by the Court pursuant to the Mandatory Victims Restitution Act of 1996. The Court ordered the parties to meet and confer to agree on the amount of restitution that should be ordered by the Court. The Court further ordered the parties to file a Joint Statement setting forth the agreed amount of restitution, or int eh alternative a Joint Statement setting forth the disputed amounts and the parties' respective arguments in support of their positions, no later than July 15, 2026.

5. On July 2, 2026, after providing the evidence upon which the government is relying to calculate the amount of restitution, the government met and conferred with defendant's then-counsel of record, Deputy Federal Public Defender Brendan Gilligan.

6. On July 10, 2026, Brendan Gilligan left the Federal Public Defender's Office.

7.    On July 14, 2026, the government was informed that Deputy Federal Public Defender Jelani J. Lindsey will be serving as defendant's counsel of record. According to DFPD Lindsey, he requires additional time to review the discovery, potential mitigation materials and consult with his client in order to adequately prepare for sentencing.

8.    By this stipulation, the parties jointly move to continue (1) defendant's sentencing hearing to December 14, 2026, at 8:00 a.m.; and (2) the deadline to file a joint statement regarding restitution to November 16, 2026.

///

9.    The requested continuance is not based on congestion of the Court's calendar, or lack of diligent preparation on the part of the parties.

Dated:                              Respectfully submitted,

                                    TODD BLANCHE
                                    Acting Attorney General

                                    BILAL A. ESSAYLI
                                    First Assistant United States
                                    Attorney

                                    IAN V. YANNIELLO
                                    Assistant United States Attorney
                                    Chief, National Security Division


                                    _____/s/ Sebastian Bellm_____
                                    LANA MORTON OWENS
                                    SEBASTIAN BELLM
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


                                    ___/s/ Jelani Lindsey (w/ auth.)[1]__
                                    JELANI J. LINDSEY

                                    Attorney for Defendant
                                    ADAM CHARLES PALERMO

---

[1] Pursuant to Local Rule 5-4.3.4, the filer attests that all signatories have concurred in this filing's content and have authorized the filing.

4