TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
LANA MORTON OWENS (Cal. Bar No. 233831)
Assistant United States Attorney
Deputy Chief, National Security Division
SEBASTIAN BELLM (Cal. Bar No. 359407)
Assistant United States Attorney
General Crimes Section, Criminal Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3547/0119
    Facsimile:  (213) 894-2927
    E-mail:    lana.owens@usdoj.gov
              sebastian.bellm@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>           v.<br><br>ADAM CHARLES PALERMO ET AL.,<br><br>       Defendants. | No. CR 25-CR-731(A)-JFW-2<br><br>GOVERNMENT'S RESPONSE TO THE COURT'S JULY 14, 2026 ORDER TO SHOW CAUSE; DECLARATION OF LANA MORTON OWENS |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Lana

Morton Owens and Sebastian Bellm, hereby files the Government's Response to the Court's Order to Show Cause Re: Sanctions issued on July 14, 2026. (Dkt. 337.)

Dated: July 15, 2026          Respectfully submitted,

                              TODD BLANCHE
                              Acting Attorney General
                              BILAL A. ESSAYLI
                              First Assistant United States Attorney

                              IAN V. YANNIELLO
                              Assistant United States Attorney
                              Chief, National Security Division

                                    /s/ *Lana Morton Owens*
                              LANA MORTON OWENS
                              SEBASTIAN BELLM
                              Assistant United States Attorneys

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

**<u>DECLARATION OF LANA MORTON OWENS</u>**

1.   I am an Assistant United States Attorney and the Lead Attorney assigned to represent the government in the above-captioned case.  I submit this declaration in response to the Court's July 14, 2026 order to show cause as to why sanctions in the amount of $500 should not be imposed for violating the Court's Order re: Restitution (Dkt. 337.)

2.   On July 13, 2026, the government failed to file a Joint Statement Regarding Restitution in violation of the Court's June 22, 2026 order (Dkt. 302).  The government failed to make note of and calendar the Court's meet and confer requirements as it relates to restitution.  However, the parties did meet and confer on July 9 and July 13, 2026 but, at that time, were unable to reach an agreement regarding restitution.  Defense counsel said he required additional time to consult with defendant Vega in an attempt to reach an agreement.

3.   Following those meetings, I placed the parties' respective positions on restitution into the government's sentencing position. I realize now that this was not in compliance with the Court's Order. Upon receipt of the Court's Order to Show Cause, the government worked with defense counsel and filed the required Joint Statement on July 15, 2025 (Dkt. 346.)

4.   Upon receipt of the Court's Order to Show Cause, I discussed this matter with my case partner, Sebastian Bellm, as well as with Kathy Yu, the Chief of Ethics, Trials, and Compliance for the United States Attorney's Office of the Central District of California.  The government recognizes that there have been past compliance issues in this case and will strive in the future to be

more diligent to comply with all the requirements of this Court's Order for future filings.  I apologize to the Court and staff for the government's shortcomings in this instance.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed on July 15, 2026, in Los Angeles, California.

LANA MORTON OWENS

2