William Hovsepyan (SBN 232483)
Law Office of William Hovsepyan
450 North Brand Boulevard, Suite 600
Glendale, CA 91203
Telephone: 818-946-2497
Email: william@whdefenselaw.com
Attorney for Defendant
Jesus Gonzalez-Hernandez, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>JESUS GONZALEZ-HERNANDEZ, JR.<br><br>              Defendants. | Case No. 2:25-cr-00731-JFW-5<br><br>**RESPONSE TO THE ORDER TO SHOW CAUSE**<br><br>**SENTENCING DATE: JULY 20, 2026**<br>**COURTROOM: 7A**<br>**TIME: 8:00 a.m.** |

TO THE HONORABLE JUDGE JOHN F. WALTER:

Defense counsel William Hovsepyan hereby submits his Response to the Order to Show Cause Re: Sanctions issued on July 14, 2026. (Dkt. 338.)

Dated: July 15, 2026                Respectfully submitted,


                                    */s/ William Hovsepyan*
                                    William Hovsepyan
                                    Attorney for Jesus Gonzalez-Hernandez, Jr.

1

## DECLARATION OF COUNSEL

I, WILLIAM HOVSEPYAN, declare as follows:

1) I am an attorney licensed to practice law in the State of California and the Central District of California.

2) On November 10, 2025, I was appointed to represent Mr. Gonzalez-Hernandez.

3) I submit this declaration in response to the Court's order of July 14, 2026, Order to Show Cause as to why sanctions in the amount of $500 should not be imposed for violating the Court's order Re: Restitution.  (Dkt. 338.)

4) My contact information on the Docket does not have my email address, so I have not received email notifications of filings in this case and may have missed notifications mailed to my address, but I was not aware of the Court's order of June 16, 2026.

5) I became aware of the Court's order on July 7, 2026, after I received a phone call from AUSA Sebastian Bellm regarding the fine in the probation report and the court's order to meet and confer regarding the restitution amount.

6) The court's order was to meet, confer and file a Joint Statement Regarding Restitution by July 6, 2026, which I failed to do in violation of the Court's June 16, 2026, order.

7) I received another call from Mr. Bellm regarding the Court's July 14, 2026, Order to Show Cause Re: Sanctions, which I did not receive an email notification of. We worked together and filed the Joint Statement Regarding Restitution on July 15, 2026.

//

//

//

//

2

8)  I sincerely apologize to the Court for the failure to file the Joint Statement by July 6, 2026.  I will do better in the future.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 15, 2026, at Glendale, California.

/s/ *William Hovsepyan*

WILLIAM HOVSEPYAN
Declarant

3