UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-731(A)-JFW-1 |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING AND DEADLINE TO FILE JOINT STATEMENT REGARDING RESTITUTION AS TO ADAM CHARLES PALERMO |
| v. | |
| ADAM CHARLES PALERMO ET AL., | |
| Defendants. | |

The Court has read and considered the Stipulation to Continue Sentencing and Deadline to File Joint Statement Regarding Restitution, filed by the parties in this matter. Good cause having been shown, it is hereby ORDERED that the sentencing hearing shall be continued to **December 14, 2026, at 8:00 a.m.**  Sentencing papers shall be filed on or before November 23, 2026.

The deadline for the parties to file a Joint Statement regarding restitution shall be filed on or before November 16, 2026.

IT IS SO ORDERED.

July 15, 2026

---
DATE

THE HONORABLE JOHN F. WALTER
United States District Judge

cc. USPO/PSA, USM