AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
JELANI LINDSEY (Bar No. 280092)
(E-Mail: jelani_lindsey@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ADAM CHARLES PALERMO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>ADAM CHARLES PALERMO,<br><br>       Defendant. | Case No. 2:25-cr-00731-JFW-1<br><br>**NOTICE OF REASSIGNMENT** |

PLEASE TAKE NOTICE that Deputy Federal Public Defender Jelani Lindsey, hereby gives notice that he has been reassigned to represent Defendant Adam Charles Palermo instead of Deputy Federal Public Defender Brendan Gilligan for all proceedings in this case.

Please make all necessary changes to the Court's case management/electronic filing system to ensure that Deputy Federal Public Defender Jelani Lindsey receives all e-mails relating to filings in this case.

Respectfully submitted,

AMY M. KARLIN
Interim Federal Public Defender

DATED: July 16, 2026       By  */s/ Jelani Lindsey*

JELANI LINDSEY
Deputy Federal Public Defender

2