UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CRIMINAL MINUTES -- SENTENCING</u>

Case No.     **CR 25-731(E)-JFW**                                         Dated: July 20, 2026

=================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Amy Diaz | Lana Morton Owens |
|---|---|---|
| Courtroom Deputy | Court Reporter | Sebastian Harald Frederic Bellm |
| | | Asst. U.S. Attorney |
| | Interpreter: None | present |

=================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

5.    Jesus Gonzalez Hernandez, Jr.          5.    William Hovsepyan, CJA
      present on bond [21031-512]                   present appointed

_____

PROCEEDINGS:     **SENTENCING**

Case called, and counsel make their appearance.

Court imposes sentence on defendant.  For the terms and conditions of the sentence, refer to Judgment and Probation/Commitment Order.

Statement of Reasons processed.

Judgment entered, filed and distributed.


CC: USPO/PSA; USM; BOP

Initials of Deputy Clerk  _sr_

025