John Targowski (Bar No. 226053)
Targowski Law Office
475 Washington Boulevard, Suite 940
Marina Del Rey, California 90292
Telephone: (310) 920-9177
Email: jtargo@icloud.com

Attorney for Defendant
ISMAEL VEGA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00731-JFW-2 |
| Plaintiff, | The Honorable John F. Walter |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| | Current Date:  July 27, 2026, 8:00 A.M. |
| | Requested Date:  August 3, 2026, 8:00 A.M |
| ADAM CHARLES PALERMO, et al., | |
| ISMAEL VEGA #2, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Lana Morton Owens and Sebastian Bellm, and Defendant Ismael Vega, by and through his counsel of record, John Targowski, hereby stipulate and jointly request that the Court

1

continue the sentencing hearing currently set for July 27, 2026 to August 3, 2026, or to a date and time convenient to the Court. This stipulation is based on the following:

1.  Mr. Vega's sentencing hearing is currently scheduled for July 27, 2026 at 8:00 a.m. before the Honorable John F. Walter.

2.  The parties have fully briefed the issues before the Court for sentencing. The United States Probation Office disclosed the Presentence Investigation Report and the disclosed recommendation letter on June 18, 2026 (ECF 296; ECF 295); Mr. Vega filed his Sentencing Memorandum on July 13, 2026 (ECF 334); and the Government filed its sentencing position for Mr. Vega (ECF 332, re-filed as ECF 339). No further substantive briefing is anticipated.

3.  A brief continuance is requested to permit Mr. Vega to prepare and submit a personal letter and apology to the Court in connection with sentencing, addressing his acceptance of responsibility, the harm caused by his conduct, and his plans going forward. Although Mr. Vega did not complete this letter while on pretrial release, defense counsel wishes to include Mr. Vega's letter and apology in his sentencing position by way of a brief supplemental filing and believes that such a statement — in Mr. Vega's own words — is a meaningful part of the sentencing record that the Court should have the opportunity to consider.

4.  The requested one-week continuance, to August 3, 2026, would afford Mr. Vega the opportunity to complete his letter and allow counsel to review it with him and file it as a supplemental submission in advance of the hearing.

5.  This stipulation is entered in good faith and not for purposes of delay.

NOW, THEREFORE, the parties, through their respective counsel of record, hereby STIPULATE and jointly request that the Court continue the sentencing hearing currently

STIPULATION TO CONTINUE SENTENCING HEARING

scheduled for July 27, 2026 at 8:00 a.m. to August 3, 2026 at 8:00 a.m., or to a date and time convenient to the Court.


DATED: July 22nd, 2026                    Respectfully Submitted,

                                          /s/

                                          LANA MORTON OWENS
                                          SEBASTIAN BELLM
                                          Assistant United States Attorneys
                                          Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA


DATED: July 22nd, 2026                    Respectfully Submitted,

                                          /s/ John Targowski

                                          JOHN TARGOWSKI
                                          Attorney for Defendant
                                          ISMAEL VEGA

STIPULATION TO CONTINUE SENTENCING HEARING