John Targowski (Bar No. 226053)
Targowski Law Office
475 Washington Boulevard, Suite 940
Marina Del Rey, California 90292
Telephone: (310) 920-9177
Email: jtargo@icloud.com

Attorney for Defendant
ISMAEL VEGA

**DENIED**
BY ORDER OF THE COURT

*Defendant has sufficient time to submit his letter to the Court*

7/23/26

*[signature] John F. Walter*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00731-JFW-2 |
| Plaintiff, | The Honorable John F. Walter |
| v. | ORDER CONTINUING |
| | SENTENCING HEARING |
| ADAM CHARLES PALERMO, et al., | |
| ISMAEL VEGA #2, | |
| Defendant. | |

The Court, having considered the parties' Stipulation to Continue Sentencing Hearing and the Declaration of John Targowski filed in support thereof, and good cause appearing therefor:

IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matter, currently scheduled for July 27, 2026 at 8:00 a.m., is CONTINUED to August 3, 2026 at 8:00 a.m. before the Honorable John F. Walter in Courtroom 7A of the above-entitled Court.

IT IS SO ORDERED.

DATED: _____, 2026        _____Denied_____

HON. JOHN F. WALTER
United States District Judge

1