John Targowski (Bar No. 226053)
Targowski Law Office
475 Washington Boulevard, Suite 940
Marina Del Rey, California 90292
Telephone: (310) 920-9177
Email: jtargo@icloud.com

Attorney for Defendant
ISMAEL VEGA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00731-JFW-2 |
| Plaintiff, | The Honorable John F. Walter |
| v. | **DEFENDANT ISMAEL VEGA'S LETTER TO THE COURT** |
| ADAM CHARLES PALERMO, et al., | |
| | Sentence Date:  July 27, 2026 |
| ISMAEL VEGA #2, | Sentence Time:  8:00 A.M. |
| Defendant. | |

Defendant Ismael Vega ("Mr. Vega"), through counsel John Targowski, hereby submits his personal Letter to the Court in connection with sentencing, a true and correct copy of which is attached hereto as Exhibit A.

1

DATED: July 23rd, 2026                    Respectfully Submitted,

                                          /s/ John Targowski

                                          JOHN TARGOWSKI
                                          Attorney for Defendant
                                          ISMAEL VEGA

DEFENDANT ISMAEL VEGA'S LETTER TO THE COURT

**EXHIBIT LIST**

A.  Defendant Ismael Vega's Letter to the Court