7-23-26

Dear Judge Walter,

Thank you for reading this letter I want to tell you about myself My deceased mother raised me In poverty while being undocumented she gave alot to this country. Last year when Ice was arresting people of off the streets I wanted to make my voice heard. I protested in the streets but I let my passion take control of my emotions and then later my actions. I regret what happened to those cop cars I was wrong to help destroy them.

I'm sorry that I did not go to rehab like I said I would. I had to come this far and feel this bad to realize I've been needing help all this time since my parents died. I have mental issues and addiction. Previously I taught I could change on my own but now I know better. I should have never stopped taking my medications. I know I will deteriotate In Jail but I will try to get

treatment and possibly some Job skills. My boss told me I can work as a maintance man again and I plan on doing that at the beggining once release I spent most of my life obeying the law and you won't have trouble from me in the future I'm embarrassed to be in court because of my addiction but maybe that is what I need to finally move forward with my life being a criminal is not me at all. Thank you for reading this letter. I would love to get help.

Ismael Vega