UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- SENTENCING

Case No.    **CR 25-731(A)-JFW**                                              Dated: July 27, 2026

==================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Sebastian Harald Frederic Bellm |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | present |

Interpreter: None

==================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

2.    Ismael Vega [20742-512]              2.    John Targowski, CJA
      present in custody                          present appointed

_____

PROCEEDINGS:    **SENTENCING**

Case called, and counsel make their appearance.

The court hears a victim impact statement read by a representative from the California Highway
Patrol.

Court imposes sentence on defendant.  For the terms and conditions of the sentence, refer to
Judgment and Probation/Commitment Order.

Statement of Reasons processed.

Judgment entered, filed and distributed.

For the reason stated on the record, the Court denies the Petition for Action on Conditions of
Pretrial Release (PS-8) filed on July 16, 2026 as moot.

Bond is exonerated.

CC: USPO/PSA; USM; BOP

Initials of Deputy Clerk  _sr_
1/00