# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Ismael Vega,<br><br>DEFENDANT. | CASE NUMBER | CR25-0731-JFW |
| | **ABSTRACT OF COURT PROCEEDING** | |

**TO:    UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:**

You are hereby notified that the Honorable Charles F. Eick                                                    ,
☐ United States District Judge   ☒ United States Magistrate Judge, has this date  ☒ ordered   ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social  ☐ _____ legal telephone call(s) at prisoner's own expense;
  ☐ forthwith          ☐ as soon as possible          ☐ as requested, at suitable times

☐ Allowed social visits          ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for mental health _____
A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment.  A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Other _____

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

CLERK U.S. DISTRICT COURT

Dated: July 21, 2026                    By: B. Martinez
                                                    Deputy Clerk

## RETURN TO CLERK'S OFFICE
☐ Western Division-Los Angeles          ☐ Southern Division-Santa Ana          ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____
_____
_____
_____
_____

| Name (Print) | Title | Signature |
|---|---|---|

*cc:* ☒ *MDC,* ☒ *Cell block*

CR-53  (10/22)                    ABSTRACT OF COURT PROCEEDING