AMY KARLIN (Bar No. 150016)
Interim Federal Public Defender
JELANI J. LINDSEY (Bar No. 280092)
(Email: Jelani_Lindsey@fd.org)
Deputy Federal Public Defender
321 E. 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-5312
Facsimile: (213) 894-0081

Attorneys for Defendant
ADAM CHARLES PALERMO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00731-JFW-1 |
| Plaintiff, | |
| v. | ***EX PARTE* APPLICATION REQUESTING STATUS CONFERENCE RE: COUNSEL** |
| ADAM CHARLES PALERMO, | |
| Defendant. | |

Defendant Adam Charles Palermo, by and through his attorney of record, Deputy Federal Public Defender Jelani J. Lindsey, hereby applies *ex parte* for an Order scheduling a status conference regarding representation.

                                        Respectfully submitted,

                                        AMY KARLIN
                                        Interim Federal Public Defender

DATED:  July 30, 2026          By  */s/ Jelani J. Lindsey*
                                        JELANI J. LINDSEY
                                        Deputy Federal Public Defender
                                        Attorney for Mr. Adam Charles Palermo

## DECLARATION OF COUNSEL

I, Jelani J. Lindsey, hereby state and declare as follows:

1.     I am an attorney with the Office of the Federal Public Defender for the Central District of California.  I am licensed to practice law in the State of California, and I am admitted to practice in this Court. I have been appointed to represent Mr. Adam Charles Palermo.

2.     Mr. Palermo has requested a status conference with the Court to discuss the issue of representation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 30, 2026, at Los Angeles, California.

DATED:  July 30, 2026          /s/  Jelani J. Lindsey
                               JELANI J. LINDSEY
                               Deputy Federal Public Defender

2