AMY KARLIN (Bar No. 150016)
Interim Federal Public Defender
JELANI J. LINDSEY (Bar No. 280092)
(Email: Jelani_Lindsey@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ADAM CHARLES PALERMO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00731-JFW-1 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION REQUESTING STATUS CONFERENCE RE: COUNSEL** |
| v. | |
| ADAM CHARLES PALERMO, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the *ex parte* application for a hearing is granted. The hearing in this matter is set for _____.

Dated: July ___, 2026

_____
THE HONORABLE JOHN F. WALTER
United States District Judge

Presented by:

*/s/ Jelani J. Lindsey*_____
Deputy Federal Public Defender