UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CRIMINAL MINUTES</u>

Case No.    **CR 25-731(A)-JFW**                                    Dated: July 31, 2026

========================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Lana Morton Owens |
| Courtroom Deputy | Court Reporter | Sebastian Bellm |
| | | Asst. U.S. Attorney |
| | | Not Present |

========================================================================

U.S.A. vs (Dfts listed below)                          Attorneys for Defendants

1)    Adam Charles Palermo [04156-512]          1)    Jelani J. Lindsey, DFPD
      Not Present - In Custody                              Not Present - Appointed

_____

**PROCEEDINGS (IN CHAMBERS):     ORDER REQUIRING DEFENDANT AND COUNSEL TO FILE DECLARATIONS**


      In connection with Defendant Adam Charles Palermo's Ex Parte Application Requesting Status Conference Re: Counsel filed on July 30, 2025 (Docket No. 399), Defendant Adam Charles Palermo and his counsel, Jelani J. Lindsey, shall each file a declaration setting forth the reasons for the Status Conference.  The declarations shall be filed on or before August 4, 2026. The declarations may be filed in camera without further order of the Court.

      IT IS SO ORDERED.

Initials of Deputy Clerk   sr