UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- SENTENCING

Case No.   **CR 25-731(A)-JFW**                                    Dated: August 3, 2026

==================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Julieta Lozano | Miranda Algorri | Lana Morton Owens |
| Courtroom Deputy | Court Reporter | Sebastian Harald Bellm |
| | | Lana Morton Owens |
| | | Asst. U.S. Attorney |
| | | present |

==================================================================
U.S.A. vs (Dfts listed below)                          Attorneys for Defendants

3.   Yachua Mauricio Flores                 3.   Kenneth A. Reed, CJA
     present on bond                             present appointed

_____

PROCEEDINGS:   **SENTENCING**

Case called, and counsel make their appearance.

Court imposes sentence on defendant.  For the terms and conditions of the sentence, refer to Judgment and Probation/Commitment Order.

Statement of Reasons processed.

Judgment entered, filed and distributed.

Bond is exonerated.


CC: USPO/PSA; USM; BOP

Initials of Deputy Clerk   jloz

0/33