UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - CHANGE OF PLEA

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cr-00731-JFW-AB-6 | Date: | October 7, 2026 |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter: N/A

| Lesbith Castillo | Susie Galvan | Sebastian Bellm |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 6) Stefano Deong Green | √ | | √ | David R. Evans, CJA | √ | √ | |

**Proceedings: CHANGE OF PLEA (CASA PROGRAM)**

Defendant moves to change plea to Count 7 of the First Superseding Indictment.

Defendant now enters a new and different plea of Guilty to Count 7 of the First Superseding Indictment.

The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court orders this matter referred to the U.S. Probation Office for a presentence investigation and preparation of a modified presentence report, to include criminal history only. **The Court defers the setting of the sentencing date until after the defendant has completed the CASA Program.**

The Court vacates the Status Conference and Jury Trial dates, as to this defendant only.

Counsel of record is relieved of representing Defendant for the duration of CASA participation and a Federal Public Defender is appointed to represent Defendant for all purposes during CASA participation.

Bail to stand.

cc: USPPO

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

: 30

Initials of Deputy Clerk lca